

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00185-CR

| | | |
|---|---|---|
| GORDON RAY LEWIS, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR12234) |
| | § | March 21, 2024 |
| V. | § | Per Curiam Memorandum Opinion |
| | § | Concurring Memorandum Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM